# UNITED STATES BANKRUPTCY COURT
## District of New Jersey

In re: **John LaSala**                                    Case No. **18-35335-ABA**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Flagstar Bank, FSB as servicer for Lakeview Loan Servicing, LLC | Quicken Loans Inc. |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Flagstar Bank, FSB
5151 Corporate Drive
Troy MI 48098

Transferor Address:

635 Woodward Avenue
Detroit, MI 48226

Court Claim # (if known): 2
Amount of Claim: $121,462.88
Date claim Filed: 01/25/2019

Phone: 800-393-4887                           Phone: n/a
Last Four Digits of Acct #: 1317              Last Four Digits of Acct #: 2694

Name and Address where transferee payments should be sent (if different from above):

Phone: 800-393-4887
Last Four Digits of Acct #: 1317

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: Douglas McDonough                         Date: 01/21/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.*

# UNITES STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-019613-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for LAKEVIEW LOAN SERVICING, LLC, Secured Creditor | Case No.: **18-35335-ABA**<br><br>Chapter 13<br><br>Judge Andrew B. Altenburg, Jr. |
| In Re:<br><br>**John LaSala**<br><br>                    Debtor(s). | |

## **CERTIFICATION OF SERVICE**

1. I, Alison Viggiano, am a clerk for FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP, who represents LAKEVIEW LOAN SERVICING, LLC in this matter.

2. On January 22, 2020, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    a. Transfer of Claim

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: January 22, 2020                                                        /s/ Alison Viggiano
                                                                                                Alison Viggiano

1

| Name and Address of Party Served | Relationship of Party to the case | Mode of Service |
|---|---|---|
| Isabel C. Balboa, Esq.<br>Cherry Tree Corporate Center, 535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | **TRUSTEE** | Notice of electronic Filing (NEF) |
| **Francis P. Cullari**<br>Law Office of Francis P. Cullari<br>1200 Mill Road<br>Suite A<br>Northfield, NJ 08225 | **DEBTOR'S ATTORNEY** | Notice of electronic Filing (NEF) |
| John LaSala<br>11 Gulphmill Rd<br>Somers Point, NJ 08244 | **DEBTOR** | Regular mail |