Printed on: 12/31/2020  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020  
**Case Number: 18-35335 (ABA)**

John Lasala  
11 Gulphmill Road  
Somers Point, NJ  08244

Monthly Payment: $241.00  
Payments / Month: 1  
Current Trustee Comp.: 8.40%

**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/03/2020 | $241.00 | 02/05/2020 | $241.00 | 03/03/2020 | $241.00 | 04/02/2020 | $241.00 |
| 05/04/2020 | $241.00 | 06/02/2020 | $241.00 | 07/02/2020 | $241.00 | 08/04/2020 | $241.00 |
| 09/02/2020 | $241.00 | 10/05/2020 | $241.00 | 11/03/2020 | $241.00 | 12/03/2020 | $241.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN LASALA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | FRANCIS P. CULLARI, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 33 | $2,705.51 | $239.11 | $2,466.40 | $109.35 |
| 2 | LVNV FUNDING, LLC | 33 | $9,709.03 | $858.07 | $8,850.96 | $392.41 |
| 3 | LVNV FUNDING, LLC | 33 | $4,889.98 | $432.17 | $4,457.81 | $197.64 |
| 4 | LVNV FUNDING, LLC | 33 | $457.36 | $40.42 | $416.94 | $18.48 |
| 5 | DISCOVER BANK | 33 | $5,125.62 | $452.99 | $4,672.63 | $207.17 |
| 6 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MERRICK BANK | 33 | $880.31 | $77.80 | $802.51 | $35.58 |
| 9 | LAKEVIEW LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ROCKETLOANS MARKETPLACE | 33 | $5,964.90 | $527.17 | $5,437.73 | $241.08 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,888.80 | $432.04 | $4,456.76 | $197.59 |
| 12 | SYNCHRONY BANK | 33 | $3,088.57 | $272.97 | $2,815.60 | $124.84 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,191.06 | $282.02 | $2,909.04 | $128.97 |
| 14 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. | 33 | $14,634.79 | $1,293.40 | $13,341.39 | $591.50 |
| 17 | Francis P. Cullari | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2019 | 3.00 | $0.00 |
| 04/01/2019 | Paid to Date | $756.00 |
| 05/01/2019 | 56.00 | $241.00 |
| 01/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,892.00 |
| Total paid to creditors this period: | $2,244.61 |
| Undistributed Funds on Hand: | $220.76 |
| Arrearages: | $0.00 |
| Attorney: | FRANCIS P. CULLARI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**