Printed on: 12/31/2022  
ISABEL C. BALBOA [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-35335 (ABA)

John Lasala  
11 Gulphmill Road  
Somers Point, NJ  08244

Monthly Payment: $241.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2022 | $241.00 | 02/02/2022 | $241.00 | 03/02/2022 | $241.00 | 04/04/2022 | $241.00 |
| 05/04/2022 | $241.00 | 06/02/2022 | $241.00 | 07/05/2022 | $241.00 | 08/03/2022 | $241.00 |
| 09/02/2022 | $241.00 | 10/04/2022 | $241.00 | 11/02/2022 | $241.00 | 12/02/2022 | $241.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | JOHN LASALA | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | FRANCIS P. CULLARI, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | JPMORGAN CHASE BANK, N.A. | 33 | $2,705.51 | $497.18 | $2,208.33 | $129.06 |
| 2 | LVNV FUNDING, LLC | 33 | $9,709.03 | $1,784.17 | $7,924.86 | $463.15 |
| 3 | LVNV FUNDING, LLC | 33 | $4,889.98 | $898.59 | $3,991.39 | $233.27 |
| 4 | LVNV FUNDING, LLC | 33 | $457.36 | $84.04 | $373.32 | $21.82 |
| 5 | DISCOVER BANK | 33 | $5,125.62 | $941.91 | $4,183.71 | $244.52 |
| 6 | DISCOVER FINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | HSBC BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | MERRICK BANK | 33 | $880.31 | $161.77 | $718.54 | $42.00 |
| 9 | LAKEVIEW LOAN SERVICING, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | ROCKETLOANS MARKETPLACE | 33 | $5,964.90 | $1,096.14 | $4,868.76 | $284.54 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $4,888.80 | $898.39 | $3,990.41 | $233.22 |
| 12 | SYNCHRONY BANK | 33 | $3,088.57 | $567.56 | $2,521.01 | $147.32 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,191.06 | $586.41 | $2,604.65 | $152.22 |
| 14 | TD BANK, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | WELLS FARGO BANK, N.A. | 33 | $14,634.79 | $2,689.34 | $11,945.45 | $698.06 |
| 17 | Francis P. Cullari | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 01/01/2019 | 3.00 | $0.00 |
| 04/01/2019 | Paid to Date | $756.00 |
| 05/01/2019 | 56.00 | $241.00 |
| 01/01/2024 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,892.00 |
| Total paid to creditors this period: | $2,649.18 |
| Undistributed Funds on Hand: | $220.27 |
| Arrearages: | $0.00 |
| Attorney: | FRANCIS P. CULLARI, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**