| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | John LaSala | Social Security number or ITIN  xxx–xx–6851 |
| | First Name   Middle Name   Last Name | EIN  __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  ____ EIN  __–_____ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–35335–ABA | |

## Order of Discharge                                                                                         12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

   John LaSala

<u>2/15/24</u>                                                      **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:                                                                                                                              Case No. 18-35335-ABA

John LaSala                                                                                                                 Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                            User: admin                          Page 1 of 3

Date Rcvd: Feb 15, 2024                Form ID: 3180W                 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| +++ | Addresses marked '+++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(e). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John LaSala, 11 Gulphmill Road, Somers Point, NJ 08244-1205 |
| 517945220 | + | Rocketloans, 1001 Woodward, Detroit, MI 48226-1904 |
| 517948733 | +++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 15 2024 21:06:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 15 2024 21:06:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518028294 | + | Email/Text: RASEBN@raslg.com | Feb 15 2024 21:05:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 517945212 | + | EDI: CITICORP | Feb 16 2024 01:50:00 | Citibank, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517945213 | + | EDI: CITICORP | Feb 16 2024 01:50:00 | Citicards, Citicorp Credit Services/Attn: Centraliz, Po Box 790040, Saint Louis, MO 63179-0040 |
| 517945214 | + | Email/PDF: creditonebknotifications@resurgent.com | Feb 15 2024 21:30:21 | Credit One Bank, Attn: Bankruptcy, Po Box 98873, Las Vegas, NV 89193-8873 |
| 517945215 | | EDI: DISCOVER | Feb 16 2024 01:50:00 | Discover Financial, Pob 15316, Wilmington, DE 19850 |
| 517957550 | | EDI: DISCOVER | Feb 16 2024 01:50:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517945216 | + | EDI: DISCOVER | Feb 16 2024 01:50:00 | Discover Financial, Po Box 3025, New Albany, OH 43054-3025 |
| 518672477 | | Email/Text: cashiering-administrationservices@flagstar.com | Feb 15 2024 21:06:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy MI 48098 |
| 518672478 | | Email/Text: cashiering-administrationservices@flagstar.com | Feb 15 2024 21:06:00 | Flagstar Bank, FSB, 5151 Corporate Drive, Troy MI 48098, Flagstar Bank, FSB, 5151 Corporate Drive, Troy MI 48098 |
| 517945217 | + | EDI: HFC.COM | Feb 16 2024 01:49:00 | Hsbc Bank, Hsbc Card Srvs/Attn: Bankruptcy, Po Box 4215, Buffalo, NY 14240-4215 |
| 517945211 | | EDI: JPMORGANCHASE | Feb 16 2024 01:50:00 | Chase Card Services, P.o. Box 15298, Wilmington, DE 19850 |
| 518051828 | | Email/PDF: resurgentbknotifications@resurgent.com | Feb 15 2024 21:19:14 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |

Case 18-35335-ABA   Doc 33   Filed 02/17/24   Entered 02/18/24 00:18:45   Desc Imaged
Certificate of Notice   Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Feb 15, 2024 | Form ID: 3180W | Total Noticed: 30 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 518021521 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 15 2024 21:19:04 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 517945218 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Feb 15 2024 21:19:00 | Merrick Bank/CardWorks, Attn: Bankruptcy, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 518048043 | | EDI: PRA.COM | Feb 16 2024 01:50:00 | Portfolio Recovery Associates, LLC, c/o Amazon.com Store Card, POB 41067, Norfolk VA 23541 |
| 518049202 | | EDI: PRA.COM | Feb 16 2024 01:50:00 | Portfolio Recovery Associates, LLC, c/o Ebay Mastercard, POB 41067, Norfolk VA 23541 |
| 517945219 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 15 2024 21:06:00 | Quicken Loans, 662 Woodward Avenue, Detroit, MI 48226-3433 |
| 517988408 | + | Email/Text: bankruptcyteam@quickenloans.com | Feb 15 2024 21:06:00 | Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 517994283 | + | Email/Text: OpsEscalations@RocketLoans.com | Feb 15 2024 21:05:00 | RocketLoans Marketplace, Cross Rive Bank, 1274 Library Street, Detroit, MI 48226-2256 |
| 517945221 | + | EDI: SYNC | Feb 16 2024 01:50:00 | Synchrony Bank/Amazon, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517945222 | + | EDI: SYNC | Feb 16 2024 01:50:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517945223 | + | EDI: SYNC | Feb 16 2024 01:50:00 | Synchrony Bank/PayPal Cr, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 517945224 | | EDI: TDBANKNORTH.COM | Feb 16 2024 01:50:00 | TD Bank, Attn: Bankruptcy, 1701 Rt 70 E, Cherry Hill, NJ 08034 |
| 517945225 | + | EDI: WFFC2 | Feb 16 2024 01:50:00 | Wells Fargo Bank, Po Box 14517, Des Moines, IA 50306-3517 |
| 518021820 | | EDI: WFFC2 | Feb 16 2024 01:50:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 27

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518070226 | *P+++ | Synchrony Bank, by AIS InfoSource, LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2024            Signature:     /s/Gustava Winters

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 3 of 3 |
| Date Rcvd: Feb 15, 2024 | Form ID: 3180W | Total Noticed: 30 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor Lakeview Loan Servicing  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Douglas J. McDonough | on behalf of Creditor Lakeview Loan Servicing  LLC dmcdonough@flwlaw.com |
| Francis P. Cullari | on behalf of Debtor John LaSala cullari@comcast.net |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6